Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 602.778.3700
Fax: 602.778.3750
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Sun Life Assurance Company of Canada*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STOREI RAOUF,<br><br>              Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; MGM RESORTS INTERNATIONAL; and, MGM RESORTS INTERNATIONAL EMPLOYEE BENEFIT PLAN,<br><br>              Defendants. | Case No.: 2:18-cv-01819<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

      Plaintiff Storei Raouf and defendant Sun Life Assurance Company of Canada hereby stipulate and request the Court to extend Sun Life's deadline to answer or otherwise respond to Raouf's Complaint by 31 days, from October 15, 2018 through and including Monday, November 5, 2018. The defendant requested the stipulation, and the plaintiff agreed, in order to provide defense counsel sufficient time to obtain and review the file, prepare a responsive pleading, and consult with her client before the deadline.

      The parties certify that this stipulation was done in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

Dated this 15th day of October 2018.

| | |
|---|---|
| SCOTT E. DAVIS, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Scott E. Davis<br>Scott E. Davis<br>Nevada Bar No. 8788<br>8360 E. Raintree Drive, Suite 140<br>Scottsdale, AZ 85260-2687<br>Telephone: 602.482.4300<br>Fax: 602.569.9720<br>davis@scottdavispc.com<br><br>*Attorneys for Plaintiff Storei Raouf* | By: /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Sun Life Assurance Company of Canada* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/16/2018